FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 08 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Dear Judge Thrash    5-22-2026

I keep getting incident reports because I am harassed and intimidated by staff. There are bad officers who prey on the mentally ill. I'm tired of it. It is not professional to provoke inmates. Any man would want to retaliate.

I need to be unconditionally released. If I commit a crime I should be punished. Look at what's happened to Officer Beaupre, Julie Wooten, Austin Herrell, and Doctors Bethany Kasdon and Kelly Fricker.

The Vory Zakone is not happy with you, William Morrison, or Jennifer Keen. There are decisions made by others on my behalf. Even the Warden of MCFP Springfield is not immune.

All I ever wanted was to be left alone. Now look at the mess that the FBI (under Obama) has made. My drill sergeant would always say: "Look what happened to Flip." Now I know what she really meant.

Patrick McIntosh #28876021

Name:                    Number:

Federal Medical Center
P.O. Box 1600
Butner, NC 27509

GREENSBORO NC   270
PIEDMONT TRIAD AREA
4 JUN 2026   PM 4   L

250

Judge Thrash
U.S District Court
75 Ted Turner Dr
Atlanta GA 30303

Special
Mail

CLEARED DATE

JUN 0 8 2026

U.S. Marshals Service
Atlanta, GA 30303

30303-331861